Harbor Creek Township et al., Appellants, *v.* The Public Service Commission.

Argued December 4, 1918. Appeal, No. 77, April T., 1919, by Township of Harbor Creek, Township of North East, and Borough of North East, from order of the Public Service Commission in the case of the Township of Harbor Creek, Township of North East, and Borough of North East v. The Public Service Commission of the Commonwealth of Pennsylvania. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEPHART, TREXLER and WILLIAMS, JJ. Affirmed.

OPINION BY TREXLER, J., July 17, 1919:

For the reasons set forth in opinion, this day filed in No. 71, April Term, 1919, the order of the Public Service Commission is approved. Appellants for costs.

PORTER and HENDERSON, JJ., dissent.